**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES of AMERICA,**

*Plaintiff,*

**v.**                                                    **Case No. 12-40012-02-RDR**

**SEAN WIPFLI,**

*Defendant.*

## ORDER EXTENDING TIME FOR FILING PRETRIAL MOTIONS

The court hereby grants defendant's motion for extension of time to file pretrial motions. Pretrial motions are due on March 6, 2012. Responses to pretrial motions are due March 13, 2012. A hearing on the motions is set for March 21, 2012 at 10:00 a.m. For the reasons set out in the motion, the Court finds the continuance will not prejudice the parties, is necessary for the effective defense of Mr. Wipfli, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(8).

IT IS SO ORDERED this 22nd day of February, 2012.

s/Richard D. Rogers
United States District Judge